# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

160605 & (50)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PERI ROANNE WEINGRAD,
      Plaintiff-Appellant,

v

CONSTANCE JONES,
      Defendant-Appellee.

SC: 160605
COA: 342873
Washtenaw PC: 17-000520-CZ

_____/

      On order of the Court, the application for leave to appeal the October 17, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for relief is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



Clerk

t0831